**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2128**

———————

LYDIA DAGENAIS,

                    Plaintiff – Appellant,

          v.

CAROLYN W. COLVIN,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Stephanie A. Gallagher, Magistrate
Judge.   (1:12-cv-02446-SAG)

———————

Submitted:  February 10, 2014      Decided:  February 20, 2014

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lydia Dagenais, Appellant Pro Se. Alex Gordon, Assistant United
States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lydia Dagenais appeals the district court's order granting summary judgment in favor of the Appellee on Dagenais' complaint for review of the Social Security Administration's denial of disabled widow's insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dagenais v. Colvin</u>, No. 1:12-cv-02446-SAG (D. Md. June 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>